NUMBER 13-01-228-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

____________________________________________________________________


AMERICAN RISK FUNDING INSURANCE COMPANY , Appellant,


v.


ROLANDO CANTU, ET AL. , Appellees.

____________________________________________________________________


On appeal from the 267th District Court

of Calhoun County, Texas.

____________________________________________________________________


O P I N I O N

Before Chief Justice Valdez and Justices Hinojosa and Yanez

Opinion Per Curiam


Appellant, AMERICAN RISK FUNDING INSURANCE COMPANY , attempted to perfect an appeal from an order
entered by the 267th District Court of Calhoun County, Texas, in cause no. 99-3-13556 . The clerk's record was received
on April 27, 2001 . 

Upon review of the clerk's record, it appeared that the order from this appeal was taken was not a final appealable order. 
Pursuant to Tex. R. App. P. 42.3, notice of this defect was given so that steps could be taken to correct the defect, if it could
be done. Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of this notice,
the appeal would be dismissed for want of jurisdiction. Appellant has failed to file a response as requested by this Court's
notice. 

The Court, having considered the documents on file and appellant's failure to respond to this Court's notice, is of the
opinion that the appeal should be dismissed for want of jurisdiction. The appeal is hereby DISMISSED FOR WANT OF
JURISDICTION.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.



Opinion delivered and filed this

the 28th day of June, 2001 .